### 6728.   COHEN v. BLUM.

BROYLES, J.   The only service of the bill of exceptions in this case was by leaving a copy thereof at the office of counsel for the defendant in error; and it not appearing that service was acknowledged or waived, the writ of error must be                                        *Dismissed.*

DECIDED MARCH 24, 1916.

Complaint; from city court of Atlanta—Judge Reid.   March 8, 1915.

*Morris Macks,* for plaintiff in error.

*Walter W. Visanska,* contra.